UNITED STATES OF AMERICA
        Petitioner
  v.                                      **Judgment in a Civil Case**
ELIODORO BATRES-AVALOS
        Respondent                 Case Number: 5:10-HC-2174-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Certificate of Mental Disease or Defect and Dangerousness pursuant to 18 U.S.C. § 4246.

**IT IS ORDERED AND ADJUDGED** that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

<u>This Judgment Filed and Entered on November 1, 2010, with service on:</u>
David Huband, (via CM/ECF Notice of Electronic Filing)
Jane E. Pearce, (via CM/ECF Notice of Electronic Filing)
Record Center, FMC-Butner P.O. Box 1600, Butner, NC 27509 0(via U.S. Mail)

  November 1, 2010                                        /s/ Dennis P. Iavarone
                                                                          Clerk